# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4350

_____

Joseph L. Stephens,                          *
                                             *
            Appellant,                       *
                                             *
      v.                                     *
                                             *   Appeal from the United States
State of Arkansas; John Doe,                 *   District Court for the
Cummins Food Service Supervisor;             *   Eastern District of Arkansas.
Larry Norris, Director, Arkansas             *
Department of Correction; Reed,              *   [UNPUBLISHED]
Warden, Arkansas Department of               *
Correction; J. Gunnell, Officer,             *
Arkansas Department of Correction,           *
                                             *
            Appellees.                       *

_____

Submitted:  June 5, 1998
Filed: June 25, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Joseph L. Stephens, an Arkansas prisoner, appeals from the district court's[1] adverse judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that judgment for defendants was appropriate. Accordingly, we affirm. See 8th Cir. R. 47B. We deny Stephens's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable John F. Forster, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to § 636(c).